GALLINGER/GMAC REAL ESTATE, Respondent, v FRANCIS W. ROSCOE, II, et al., Appellants.

THE GINLEY FAMILY REAL ESTATE TRUST, by MICHAEL P. GINLEY and Another, as Cotrustees, Respondent, v FRANCIS W. ROSCOE, II, et al., Appellants.

HMC MANAGEMENT CORP., Respondent, v FRANCIS W. ROSCOE, II, et al., Appellants.

Submitted July 16, 2007; decided October 11, 2007

Reported below, 41 AD3d 1312.

Motion, insofar as it seeks leave to appeal in The Ginley Family Real Estate Trust v Roscoe action, dismissed upon the ground that the order sought to be appealed from does not finally determine that action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of SINCLAIR HABERMAN et al., Appellants, v ZONING BOARD OF APPEALS OF CITY OF LONG BEACH et al., Respondents.

Submitted October 1, 2007; decided October 11, 2007

Reported below, 35 AD3d 465.

Motion by New York State Builders Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

ANNETTE J. KISH, as Administrator De Bonis Non of the Estate of JAMES J. JERGE, Deceased, Respondent, v DAVID H. GRAHAM, M.D., et al., Appellants.

Submitted October 9, 2007; decided October 11, 2007

Reported below, 40 AD3d 118.

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.